# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00622-SI |
| v. | INDICTMENT |
| KERMIT TYLER POULSON, | 18 U.S.C. § 875(d) |
| Defendant. | UNDER SEAL |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Transmitting Threatening Communications with Intent to Extort)
(18 U.S.C. § 875(d))

On or about October 9, 2018, in the District of Oregon, defendant **KERMIT TYLER POULSON** knowingly transmitted in interstate and foreign commerce with the intent to extort from Portland Mayor Ted Wheeler, money and other things of value, a communication containing a threat to injure the property and residence of Ted Wheeler and others;

In violation of Title 18, United States Code, Sections 875(d).

Dated: December 18, 2018

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney